UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-cv-91 |
| | § | |
| $32,950.00 UNITED STATES | § | |
| CURRENCY | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the Government's Motion for Entry of Default Against $32,950.00 United States Currency to United States Magistrate Judge Diana Song Quiroga (Dkt. Nos. 11, 12). In her Report and Recommendation, Judge Song Quiroga recommends that the Court grant the motion for final default judgment and enter an order of forfeiture of the seized currency (Dkt. No. 13 at 9). The fourteen-day objection period has lapsed; the Government filed a statement of no objection, and no other responses were filed (*see* Dkt. No. 14). *See* 28 U.S.C. § 636(b)(1).

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the Report and Recommendation for clear error. *CGI Logistics, LLC v. Fast Logistik*, No. 5:23-CV-43, 2023 WL 8313341, at *2 (S.D. Tex. Dec. 1, 2023) (Garcia Marmolejo, J.) (citing *United States v. Soto*, 734 F. App'x 258, 259 (5th Cir. 2018)); *see also Cao v. BSI Fin. Servs., Inc.*, 858 F. App'x 156, 158 (5th Cir. 2021). Finding none, the Court hereby **ADOPTS IN WHOLE** the Report and Recommendation (Dkt. No. 13).

Accordingly, the Government's Motion for Entry of Default Against $32,950.00 United States Currency (Dkt. No. 11) is **GRANTED**. The Defendant currency is **FORFEITED** to the United States pursuant to 31 U.S.C. § 5332(c), to be disposed of

1

according to law. The Court will enter a Final Order of Forfeiture under separate cover.

*See* Fed. R. Civ. P. 58(a).

It is so **ORDERED**.

**SIGNED** July 23, 2026.

Marina Garcia Marmolejo
United States District Judge